IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DOUGLAS PIPER,<br><br>    Plaintiff,<br><br>  v.<br><br>CORRECTIONAL TRAINING FACILITY, et al.,<br><br>    Defendants.                / | No. C 09-04653 CW (PR)<br><br>ORDER DENYING SECOND MOTION FOR APPOINTMENT OF COUNSEL; AND GRANTING PLAINTIFF AN EXTENSION OF TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT |

    Plaintiff has filed his second motion for appointment of counsel to represent him in this action. The Court previously denied Plaintiff's first request for appointment of counsel. For the same reasons, Plaintiff's second motion for the appointment of counsel (docket nos. 17, 20) is DENIED.

    Plaintiff's opposition to Defendants' motion for summary judgment is presently overdue. The Court GRANTS Plaintiff an extension of time in which to file his opposition to Defendants' motion for summary judgment. The time in which Plaintiff may file his opposition will be extended up to and including <u>thirty (30) days</u> from the date of this Order.

    If Defendants wish to file a reply brief, they shall do so no later than <u>thirty (30) days</u> after the date Plaintiff's opposition is filed.

    This Order terminates Docket nos. 17 and 20.

    IT IS SO ORDERED.

Dated: 12/23/2010

                                                             *Claudia Wilken*
                                                           CLAUDIA WILKEN
                                                           UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DOUGLAS PIPER,

        Plaintiff,

v.

CORRECTIONAL TRAINING FACILITY et al,

        Defendant.

Case Number: CV09-04653 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 23, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Douglas Piper J49677
D-Wing 227L
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960

Dated: December 23, 2010

        Richard W. Wieking, Clerk
        By: Nikki Riley, Deputy Clerk

2