IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DOUGLAS PIPER,

      Plaintiff,

  v.

CORRECTIONAL TRAINING FACILITY,
et al.,

      Defendants.

_____/

No. C 09-04653 CW (PR)

ORDER GRANTING PLAINTIFF A
SECOND EXTENSION OF TIME TO
FILE OPPOSITION TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT

    IT IS HEREBY ORDERED that Plaintiff is GRANTED a second extension of time in which to file his opposition to Defendants' Motion for Summary Judgment.  On October 15, 2010, Defendants filed their Motion for Summary Judgment.  On December 23, 2010, the Court granted Plaintiff an extension of time to file his opposition.  To date, Plaintiff has not filed his opposition.[1]  Plaintiff may file his opposition to Defendants' Motion for Summary Judgment up to <u>thirty (30) days</u> from the date of this Order.

    If Defendants wish to file a reply brief, they shall do so no later than <u>fifteen (15) days</u> after the date Plaintiff's opposition is filed.  If Plaintiff does not file his opposition to the Motion for Summary Judgment by the time it is due, this matter will be deemed submitted.

    IT IS SO ORDERED.

Dated: 3/1/2011

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

---

   [1] On January 27, 2011, Plaintiff filed a document entitled, "Answer to Defendants['] Traverse and Demand for Jury Trial." However, he does not address Defendants' motion for summary judgment in that document.