IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DOUGLAS PIPER,<br><br>    Plaintiff,<br><br>    v.<br><br>CORRECTIONAL TRAINING FACILITY, et al.,<br><br>    Defendants.    / | No. C 09-04653 CW (PR)<br><br>ORDER DENYING THIRD MOTION FOR APPOINTMENT OF COUNSEL |

    Plaintiff has filed his third motion for appointment of counsel to represent him in this action. The Court previously denied Plaintiff's two requests for appointment of counsel. For the same reasons, Plaintiff's third motion for the appointment of counsel (docket no. 27) is DENIED.

    This Order terminates Docket no. 27.

    IT IS SO ORDERED.

Dated: 4/15/2011

                              CLAUDIA WILKEN
                              UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DOUGLAS PIPER,

    Plaintiff,

v.

CORRECTIONAL TRAINING FACILITY et al,

    Defendant.

Case Number: CV09-04653 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 15, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Douglas Piper J49677
D-Wing 227L
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960

Dated: April 15, 2011

    Richard W. Wieking, Clerk
    By: Nikki Riley, Deputy Clerk

2